AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRACY SCOTT, )<br> Plaintiff, )<br> )<br> v. )<br> )<br> )<br>LUMBEE RIVER ELECTRIC MEMBERSHIP )<br>CORPORATION, )<br> Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:06-CV-92-F |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED that pursuant to the court's order on bill of costs dated February 25, 2009 and with no objections being filed, costs are taxed in the amount of $1,805.15 against the Plaintiff, Tracy Scott. All other requests for costs not referenced in this summary are DENIED.

 THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 12, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Barry NakellS. Frederick Winiker, III
149 Dixie Drive435 East Morehead St.
Chapel Hill, NC 27514Charlotte, NC 28202

Aaron M. Christensen
W. Britton Smith, Jr.
6302 Fairview Rd., Suite 309
Charlotte, NC 28210

March 12, 2009DENNIS IAVARONE, Clerk
Date*Eastern District of North Carolina*

/s/ Susan K. Edwards
*Wilmington, North Carolina**(By) Deputy Clerk*